**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2281**

---

REID R. ROGERS,

Plaintiff - Appellant,

versus

MONTGOMERY COUNTY, MARYLAND, CIRCUIT COURT;
FREDERICK COUNTY CIRCUIT COURT; ATTORNEY
GRIEVANCE COMMISSION OF MARYLAND; INVESTIGA-
TIVE COUNSEL; COMMISSION ON JUDICIAL DISABILI-
TIES; JAMES DOBSON, Doctor; RUSH LIMBAUGH,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-98-2599-WMN)

---

Submitted:  October 20, 1998        Decided:  November 16, 1998

---

Before ERVIN, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Reid R. Rogers, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Reid R. Rogers appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Rogers v. Montgomery County</u>, No. CA-98-2599-WMN (D. Md. Aug. 19, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2